#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 16-6316 |
| | : | |
| **MILAGROSA ORTA,** | : | |
| Defendant. | : | |
| | : | |

### O R D E R

**AND NOW**, this 3rd day of March, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service (Doc. No. 3), it is hereby **ORDERED** that the Motion (Doc. No. 3) is **GRANTED**. Plaintiff shall **SERVE PERSONALLY** the Summons and Complaint upon Defendant **no later than** April 5, 2017.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.