## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
     Plaintiff

   v.

MILAGROSA ORTA
     Defendant

Civil Action No:  16-06316
(DIAMOND)

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

   Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

      Respectfully submitted,
      KML Law Group, P.C.

      By: _____
      Rebecca A. Solarz, Esquire
      Pennsylvania Attorney I.D. No. 315936
      Suite 5000 – BNY Independence Center
      701 Market Street
      Philadelphia, PA  19106-1532
      (215) 825-6327